**Order entered July 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00524-CV

### IN THE INTEREST OF P.L-W., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-17767**

## ORDER

We **GRANT** appellant's July 12, 2016 amended second motion for an extension of time to file a brief and extend the time to **JULY 25, 2016**. No further extension will be granted absent extenuating circumstances.


/s/  ELIZABETH LANG-MIERS
    JUSTICE